**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DEANDRE CANNON, | *   MOTION TO VACATE |
| BOP Reg. #18985-510 | *   28 U.S.C. § 2255 |
| | * |
|      Petitioner, | * |
| | *   CRIMINAL ACTION NO. |
|        v. | *   1:22-CR-00313-ELR-RGV-1 |
| | * |
| UNITED STATES OF AMERICA, | *   CIVIL ACTION NO. |
| | *   1:24-CV-02956-ELR |
|      Respondent. | * |
| | * |

**O R D E R**

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Russell G. Vineyard. [Doc. 76]. Petitioner filed a *pro se* §2255 Motion. [Doc. 68]. The Government filed a response in opposition. [Doc. 75.] Judge Vineyard recommends that Petitioner's § 2255 Motion [Doc. 68] be denied and a Certificate of Appealability be denied as well.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); <u>Williams v Wainwright</u>, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and

therefore, the Court has reviewed the R&R for plain error. See United States v Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 76] as the Opinion and Order of this Court.  For the reasons stated in the R&R, the Court **DENIES** Petitioner's Motion to vacate sentence under 28 U.S.C. § 2255. [Doc. 68].   Additionally, the Court **DECLINES** to issue a certificate of appealability because after considering 28 U.S.C. § 2253(c)(2), the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 1:18-CV-2844-ELR.

**SO ORDERED**, this 26th day of September, 2024.

Eleanor L. Ross
United States District Judge
Northern District of Georgia